FILED

JUL 23 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *Plaintiff,* | § | |
| v. | § | Civil Action No. SA01CA0474 HG |
| BEXAR COUNTY JUVENILE PROBATION DEPARTMENT, *Defendant.* | § | |

**AGREED ORDER OF DISMISSAL**

This Court has considered the Joint Motion for Dismissal of action filed by Plaintiff, the Equal Employment Opportunity Commission, and Defendant, the Bexar County Juvenile Probation Department to dismiss this action with prejudice. The Court finds that the Settlement Agreement which is marked as Exhibit "1" to the Joint Motion for Dismissal of Action, and which is incorporated by reference into this Agreed Order, has been signed by the parties and that all claims asserted in this Civil Action have been resolved.

It is therefore ORDERED that this case is dismissed with prejudice. It is further ORDERED that each party shall bear its own costs and attorney's fees incurred in this action.

Signed on 7-23-, 2002.

UNITED STATES DISTRICT JUDGE

22